

## EXHIBIT 1
## TO
## COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF

Electronically Filed
5/29/2026 2:28 PM
Fourth Judicial District, Ada County
Trent Tripple, Clerk of the Court
By: Joseph Engstrom, Deputy Clerk

Gary L. Cooper - Idaho State Bar #1814
Anthony B. Budge - Idaho State Bar #11284
COOPER & LARSEN, CHARTERED
151 North Third Avenue, Second Floor
P.O. Box 4229
Pocatello, ID 83205-4229
Telephone:    (208) 235-1145
Facsimile:    (208) 235-1182
Email:        gary@cooper-larsen.com
              jd@cooper-larsen.com
E-filing:     cooperobornfiling@cooper-larsen.com

*Counsel for Defendants*

IN THE DISTRICT COURT OF THE FOURTH JUDICIAL DISTRICT OF THE
STATE OF IDAHO, IN AND FOR THE COUNTY OF ADA

| | |
|---|---|
| JULENE DODD, as an individual and member of a marital community under Idaho law, and WILLIAM DODD, as an individual and member of a martial community under Idaho law,<br><br>    Plaintiffs,<br><br>vs.<br><br>RORY JONES, ESQ., an individual residing in the State of Idaho and JONES WILLIAMS FUHRMAN GOURLEY, P. A., an Idaho professional service corporation, and DOES 1-50, inclusive,<br><br>    Defendants. | Case No. CV01-21-18926<br><br>**SATISFACTION OF JUDGMENT** |

COME NOW the Defendants, by and through their counsel of record, and hereby give

notice that Plaintiffs' attorney, Angelo L. Rosa, has fully satisfied the Judgment entered against

SATISFACTION OF JUDGMENT    PAGE 1

him on May 13, 2025, pursuant to the Amended Judgment in favor of Defendants in the above-entitled action, and that all claims are fully satisfied and released.

DATED: May 29, 2026.

/s/ Anthony B. Budge
ANTHONY B. BUDGE

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 29th day of May, 2026, I electronically filed the

foregoing with the Clerk of the Court using the Idaho I-Court E-File system and requested that a

Notice of Filing be sent to the following persons:

Angelo L. Rosa
ROSA PLLC
950 W Bannock Street, Suite 1100
Boise, ID  83702
arosa@rosacommerce.com

/s/ Anthony B. Budge
ANTHONY B. BUDGE