ROSA PLLC
Commercial Advising & Legal Counsel

ALR

**<u>EXHIBIT 6</u>**
**TO**
**COMPLAINT FOR DECLARATORY AND INJUNCTIVE
RELIEF**

Judicial Selection in Idaho: The Behavioral Record, 2012–2026 — Compiled from Official Public Records

---

## A. Sources and Method

Every figure in this Exhibit is computed from the following official records, each in Plaintiff's possession and available on request: (1) the Idaho Secretary of State's Elections Database, Contest Results, Office of District Judge, 2018–2024, and the certified results of the November 8, 2022 general election; (2) the certified 2002 primary, general, and judicial-runoff results; (3) the judicial-vacancy recruitment notices published by the Idaho Judicial Council and circulated by the Idaho State Bar, November 3, 2016 through July 11, 2026 (101 notices; the tranche through December 7, 2024 comprises 93 notices and 88 distinct vacancies after removal of five same-vacancy duplicates); (4) 2002 Idaho Session Laws, chapter 214 (S.B. 1312), 2007 Idaho Session Laws (S.B. 1006), and 2022 Idaho Session Laws, chapter 85 (S.B. 1288), amending Idaho Code § 1-702; and (5) a compilation of district-judge service and election events, 2012–2022, prepared from the foregoing and verified against the Secretary of State's returns.

**Windows.** Figures concerning arrival on the bench and election events use the 2012–2022 window of source (5). Figures concerning vacancies and departures use the 2016–2026 window of source (3). No figure in this Exhibit describes 'the past ten years.'

## B. Who Reaches the District Bench (2012–2022) — Table A

Seventy-two District Judges served in the window — each square is one judge:



# 54 of 72

**arrived by gubernatorial appointment — 75.0%**

■ appointed (54)      □ elected only (18 — 25.0%)

**Sitting-bench snapshot, for comparison (a different measure):**

41 of 46 — 89.1%

current District Judges who first reached the bench by appointment; both measures are stated so neither is mistaken for the other

| Measure | Value | Basis |
|---|---|---|
| Different District Judges serving in the window | 72 | Source (5) |
| Arrived by gubernatorial appointment | 54 (75.0%) | 42 appointed 2012–2022 + 12 sitting judges appointed earlier |
| Arrived solely through election | 18 (25.0%) | Source (5) |
| Sitting-bench snapshot (for comparison) | 41 of 46 (89.1%) | Current District Judges who first reached the bench by appointment — a different measure from the flow figure above; both are stated so neither is mistaken for the other |

Judicial Selection in Idaho: The Behavioral Record, 2012–2026 — Compiled from Official Public Records

## C. What the Elections Are (District Judge election events, 2014, 2018, 2022 cycles) — Table B

122 election events across the three cycles:

| 106 unopposed — 86.9% | 16 |
|---|---|

'unopposed' = a single candidate on the ballot; the 16 contested events comprise 13 distinct races (May-and-November pairs counted once)

**Distinct contested races, by cycle:**



8
2
3
2014    2018    2022

> **Appointed incumbents standing: 52 events**
> **Unopposed: 49 of 52 — 94.2%**
> an appointed judge faced an opponent three times across three election cycles

8 → 2 → 3 — contestation collapsed after 2014

| Measure | Value | Basis |
|---|---|---|
| Election events | 122 | 42 (2014) · 39 (2018) · 41 (2022); sources (1), (5) |
| Unopposed events | 106 (86.9%) | single candidate on the ballot |
| Distinct contested races | 13 | May-and-November pairs for the same seat counted once |
| Contested races by cycle | 8 → 2 → 3 | 2014 → 2018 → 2022 |
| Appointed incumbents standing | 52 events | judges whose original arrival was by appointment |
| Appointed incumbents unopposed | 49 of 52 (94.2%) | an appointed judge faced an opponent three times across three election cycles |

## D. How Constitutional Seats Come Open (departures noticed 2016–2026) — leads; rows at Table C, page 3

Twenty-seven constitutional-seat departures with computable timing — each square is one departure:



**MIDTERM — 20 of 27 (74.1%)**     term-end window — 6     term end — 1

midterm margins: roughly ten months to more than three years before the seat's next scheduled election (288–1,200 days; Supreme Court in years, Table C)

| 26 of 27 never reached a ballot — 96.3% | |
|---|---|

the twenty-seventh reached term's end — and its succession is nonetheless proceeding by appointment (Table C, ¶ note)

**The Supreme Court seats — every vacancy in the period arose midterm:**

| Hon. Joel D. Horton | Hon. Roger S. Burdick | Hon. John R. Stegner |
|---|---|---|
| MIDTERM — ≈ 2 yrs remaining | MIDTERM — ≈ 18 mos remaining | MIDTERM — ≈ 3.2 yrs remaining |

Justice Meyer's November 2023 elevation from the district bench is among the twenty midterm departures (Table C).

Judicial Selection in Idaho: The Behavioral Record, 2012–2026 — Compiled from Official Public Records

## D (continued). Table C — the rows

Method: a departure is coded MIDTERM if its effective date precedes the seat's next scheduled judicial election — the judge's most recent May election year plus the constitutional term (four years, District; six years, Supreme Court) — by more than 240 days; TERM-END WINDOW if within 240 days. The buffer is deliberately generous to the State.

| Departing Judge | Notice | Effective | Last Elected | Seat's Next Election | Verdict |
|---|---|---|---|---|---|
| Hon. Juneal C. Kerrick (Dist., Canyon) | 2016-11-03 | 2017-03-31 | 05/2014 | ~05/2018 | **MIDTERM (410 d)** |
| Hon. Joel D. Horton (Supreme Court) | 2018-07-05 | 2018-12-31 | 05/2014† | ~05/2020 | **MIDTERM (≈ 2 yrs)** |
| Hon. John K. Butler (Dist., Jerome/T.F.) | 2018-09-27 | 2019-03-31 | 05/2018 | ~05/2022 | **MIDTERM (1,141 d)** |
| Hon. Deborah A. Bail (Dist., Ada) | 2021-01-06 | 2021-05-31 | 05/2018 | ~05/2022 | **MIDTERM (349 d)** |
| Hon. Roger S. Burdick (Supreme Court) | 2021-02-09 | 2021-06-30 | 05/2016 unopp. | ~05/2022 | **MIDTERM (≈ 18 mos)** |
| Hon. Christopher S. Nye (Dist., Canyon) | 2021-03-11 | 2021-07-31 | 05/2018 | ~05/2022 | **MIDTERM (288 d)** |
| Hon. Jeff M. Brudie (Dist., Nez Perce) | 2021-07-12 | 2021-12-31 | 05/2018 | ~05/2022 | Term-end window (135 d) |
| Hon. Scott L. Wayman (Dist., Shoshone) | 2021-07-15 | 2021-12-31 | 05/2018 | ~05/2022 | Term-end window (135 d) |
| Hon. Joel E. Tingey (Dist., Bonneville) | 2021-08-16 | 2022-01-18 | 05/2018 | ~05/2022 | Term-end window (117 d) |
| Hon. Susan E. Wiebe (Dist., Payette/Wash.) | 2021-09-08 | 2021-12-31 | 05/2018 | ~05/2022 | Term-end window (135 d) |
| Hon. Barbara A. Buchanan (Dist., Bonner) | 2022-08-02 | 2023-01-31 | 05/2022 | ~05/2026 | **MIDTERM (1,200 d)** |
| Hon. Michael J. Reardon (Dist., Ada) | 2023-03-21 | 2023-10-01 | 05/2022 | ~05/2026 | **MIDTERM (957 d)** |
| Hon. Mitchell W. Brown (Dist., Caribou) | 2023-05-09 | 2023-10-01 | 05/2022 | ~05/2026 | **MIDTERM (957 d)** |
| Hon. John R. Stegner (Supreme Court) | 2023-07-25 | 2023-10-31 | 05/2020 unopp. | ~05/2026 | **MIDTERM (≈ 3.2 yrs)** |
| Hon. Andrea Courtney (Dist., Canyon) | 2023-09-01 | 2023-09-01 | 05/2022 | ~05/2026 | **MIDTERM (987 d)** |
| Hon. Samuel A. Hoagland (Dist., Ada) | 2023-10-26 | 2024-02-29 | 05/2022 | ~05/2026 | **MIDTERM (806 d)** |
| Hon. Roger B. Harris (Dist., Twin Falls) | 2023-10-28 | 2024-03-15 | 05/2022 | ~05/2026 | **MIDTERM (791 d)** |
| Hon. Cynthia K.C. Meyer (Dist., Kootenai) | 2023-11-15 | 2023-11-06‡ | 05/2022 | ~05/2026 | **MIDTERM (≈ 920 d)** |
| Hon. Michael P. Tribe (Dist., Cassia) | 2024-02-09 | 2024-02-09 | 05/2022 | ~05/2026 | **MIDTERM (826 d)** |
| Hon. Richard S. Christensen (Dist., Kootenai) | 2024-03-26 | 2024-08-15 | 05/2022 | ~05/2026 | **MIDTERM (638 d)** |
| Hon. Jonathan P. Brody (Dist., Minidoka) | 2024-09-09 | 2024-12-31 | 05/2022 | ~05/2026 | **MIDTERM (500 d)** |
| Hon. John T. Mitchell (Dist., Kootenai) | 2024-10-04 | 2025-01-03 | 05/2022 | ~05/2026 | **MIDTERM (497 d)** |
| Hon. John C. Judge (Dist., Latah) | 2024-11-14 | 2025-01-17 | 05/2022 | ~05/2026 | **MIDTERM (483 d)** |
| Hon. Bruce L. Pickett (Dist., Bonneville) | 2024-12-07 | 2025-01-10 | 05/2022 | ~05/2026 | **MIDTERM (490 d)** |
| Hon. Stevan H. Thompson (Dist., Jeff./Bonn.) | 2025-08-03 | 2025-12-01 | 05/2022 unopp. | ~05/2026 | Term-end window (165 d) |
| Hon. Dane H. Watkins Jr. (Dist., Jeff./Bonn.) | 2025-08-03 | 2026-01-16 | 05/2022 unopp.§ | ~05/2026 | Term-end window (120 d) |
| Hon. Patrick J. Miller (Dist., Ada) | 2026-07-11 | 2027-01-19 | 05/2022 unopp. | 05/2026 | Term end¶ |

† Election-year confirmation from the certified 2014 returns, in hand; the verdict follows from six-year term arithmetic regardless. ‡ Elevated to the Idaho Supreme Court effective November 6, 2023 (isc.idaho.gov); notice followed on November 15. § Elected unopposed in 2014, 2018, and 2022.
¶ Effective date approximates natural term end; succession nonetheless proceeding by appointment (recruitment notice July 11, 2026).

Judicial Selection in Idaho: The Behavioral Record, 2012–2026 — Compiled from Official Public Records

---

## E. Table C, Summarized

| Measure | Value | Basis |
|---|---|---|
| Constitutional-seat departures with computable timing, 2016–2026 | 27 | 31 constitutional-seat vacancies, less 3 duplicate notices and 1 pending verdict (Hon. Theodore J. Fleming, elevated to the Court of Appeals July 2026; first-election year under confirmation) |
| MIDTERM departures | 20 (74.1%) | each ten months to more than three years before the seat's next scheduled election — including all three Supreme Court departures (Horton ≈ 2 yrs; Burdick ≈ 18 mos; Stegner ≈ 3.2 yrs) and Justice Meyer's elevation from the district bench |
| Term-end-window departures | 6 | each filled by appointment ahead of a scheduled election 117–165 days away, so the appointee stood as an incumbent |
| Departures that never reached a ballot | 26 of 27 (96.3%) | the twenty-seventh reached term's end — and its succession is nonetheless proceeding by appointment |
| New judgeships created by the Legislature, 2022–2025 | 3 | Elmore (2022); Kootenai and Bonneville (eff. July 1, 2025) — each filled by appointment at inception |
| Court of Appeals vacancies (2026) | 2 | Gratton; Huskey — statutory court outside art. V §§ 6 and 11; excluded from every figure above, as are all magistrate seats, I.C. §§ 1-2201–1-2224 |

## F. The Statutory Runway

Since 2002, an appointed District Judge "shall hold office until the next general election for district judges occurring at least one year following the date of the judge's appointment." 2002 Idaho Sess. Laws ch. 214 (S.B. 1312) (emergency). In 2022, the Legislature — again by emergency clause — re-keyed the provision from the next "general" election to the next "judicial nominating" election. 2022 Idaho Sess. Laws ch. 85 (S.B. 1288) (amending I.C. § 1-702). Under either text, a vacancy arising within a year of the ballot bypasses that ballot entirely; the appointee's first appearance before the voters comes later, as a sitting incumbent — the posture in which, per Table B, an opponent has appeared three times in fifty-two instances.

## G. Composite

Reading the tables together: seats open midterm or in the shadow of the ballot (Table C); appointments fill them under a statute that guarantees the appointee a runway (§ F); and the elections that follow are, in 94.2% of an appointed incumbent's appearances, uncontested ratifications (Table B). Idaho Const. art. V, §§ 6 and 11 direct that Justices be "elected by the electors of the state at large" and that District Judges be "chosen by the qualified electors" of their districts. The record above describes how those commands operate in practice.