Angelo L. Rosa (Idaho State Bar No. 7546)
ROSA, PLLC
950 West Bannock Street, Suite 1100
Boise, Idaho 83702
Telephone No.        +1 (208) 900-6525
Facsimile No.        +1 (208) 515-2203
E-mail:              arosa@rosacommerce.com
CM/ECF:              arosa@rosacommerce.com

Attorneys for Plaintiff
ANGELO L. ROSA, in Pro Se



# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| ANGELO L. ROSA,<br><br>    Plaintiff,<br><br>v.<br><br>JOSEPH N. PIRTLE, in his official capacity as Bar Counsel of the Idaho State Bar; CHIEF JUSTICE G. RICHARD BEVAN, ASSOCIATE JUSTICE ROBYN BRODY, ASSOCIATE JUSTICE GREGORY W. MOELLER, ASSOCIATE JUSTICE COLLEEN D. ZAHN, and CYNTHIA K.C. MEYER, Justices of the Idaho Supreme Court, each solely in their administrative, enforcement and rulemaking capacities relating to the regulation of the practice of law in the State of Idaho,<br><br>    Defendants. | Case No. 26-cv-484-DKG<br><br><br>**PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR PRELIMINARY INJUNCTION** |

**PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR PRELIMINARY INJUNCTION** – Page 1

COMES NOW, Plaintiff, ANGELO L. ROSA ("Plaintiff") and, pursuant to Federal Rule of Civil Procedure 65(a), Plaintiff Angelo L. Rosa respectfully moves the Court for a preliminary injunction restraining Defendant Joseph N. Pirtle, in his official capacity as Bar Counsel of the Idaho State Bar, from initiating, or causing to be initiated, formal charges against Plaintiff under Idaho Rule of Professional Conduct 3.1, 8.2(a), or 8.4(d), where any such charge is premised in whole or in part upon the statements catalogued in the Idaho Supreme Court's opinion of 3 March 2025 in *Dodd v. Jones*, Docket No. 50748-2023, or upon the intended future commentary enumerated at Paragraph 68 of the Complaint, effective until entry of final judgment in this action or further order of the Court.

The grounds are set forth in the accompanying Memorandum and its Appendix A: Plaintiff is likely to succeed on the merits of his First Amendment and due process claims; the loss of First Amendment freedoms he is presently suffering is irreparable, *Elrod v. Burns*, 427 U.S. 347, 373 (1976) (plurality opinion); the balance of equities and the public interest merge in his favor, *Junior Sports Magazines, Inc. v. Bonta*, 80 F.4th 1109, 1115–16 (9th Cir. 2023); and no threshold doctrine—standing, *Younger*, the Eleventh Amendment, or *Rooker-Feldman*—bars adjudication. *Winter v. Natural Resources Defense Council, Inc.*, 555 U.S. 7, 20 (2008).

Plaintiff requests an evidentiary hearing upon this Motion and, by separate motion filed concurrently herewith, an expedited schedule. Plaintiff further requests that security be waived under Federal Rule of Civil Procedure 65(c), or set at a nominal $100. *Jorgensen v. Cassiday*, 320 F.3d 906, 919 (9th Cir. 2003); *Robinson v. Labrador*, 747 F. Supp. 3d 1331 (D. Idaho 2024). A proposed order accompanies this Motion.

This Motion is not filed for any frivolous or improper purpose and is supported by the Memorandum and Appendix A filed concurrently herewith; the Declaration of Angelo L. Rosa

**PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR PRELIMINARY INJUNCTION** – Page 2

and Exhibits thereto, the Motion for Leave to File Overlength Brief, the Motion to Expedite Ruling

on the present Motion: all filed concurrently herewith, as well as the pleadings and records on file

in this action; and such evidence and argument as may be received at the hearing.

DATED:   3 August 2026

Respectfully Submitted,

For ROSA PLLC:

*/s/Angelo L. Rosa*

Angelo L. Rosa

Attorneys for Plaintiff
ANGELO L. ROSA

**PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR PRELIMINARY
INJUNCTION** – Page 3