

**EXHIBIT 7**
**TO**
**DECLARATION OF ANGELO L. ROSA IN SUPPORT OF**
**MOTION FOR A PRELIMINARY INJUNCTION**



**Office of Bar Counsel**
P. O. Box 895 • Boise, Idaho 83701
(208) 334-4500 • Fax: (208) 334-2764
www.isb.idaho.gov

July 3, 2025

PERSONAL AND CONFIDENTIAL

Erica J. White          *via email*: ejw@elamburke.com

Re:     ISB File No. 25-104 (Angelo L. Rosa)

Dear Ms. White:

Bar Counsel's Office received the response you submitted on behalf of attorney Angelo L. Rosa in the above-referenced disciplinary investigation. Based upon that response and our further review of the record, we request that Mr. Rosa address the following:

(1)     Please address whether Mr. Rosa's conduct in failing to timely disclose two experts and their reports despite the deadlines set forth by the district court in the stipulated Scheduling Order violated IRPC 1.2(a), 1.3, and 3.4(c);

(2)     Please address whether Mr. Rosa's failure to preserve for appeal any argument regarding the district court's decision on the Dodds' breach of contract claim violated IRPC 1.2(a) and 1.3;

(3)     Please address whether Mr. Rosa's failure to preserve the Dodds' claim regarding judicial bias, which was raised for the first time on appeal without having first filed a motion to disqualify the district court judge and for which arguments were made only in the reply brief, violated IRPC 1.2(a), 1.3, and 3.1;

(4)     Please address whether and when Mr. Rosa informed the Dodds that he would not be timely disclosing their two experts and whether and when Mr. Rosa explained to the Dodds how such untimely disclosure could affect their case with reference to IRPC 1.4. With respect to this inquiry, please provide documentation of all communications between Mr. Rosa and the Dodds regarding those untimely expert disclosures;

(5)     Please specify the fee amount assessed against Mr. Rosa in the appeal and confirm the date those fees were paid; and

(6)     Please provide copies of all briefings filed in the Idaho Supreme Court appeal in the *Dodd v. Jones* case.

We request that Mr. Rosa submit his responses to the above inquiries by July 21, 2025. If you have any questions regarding this matter, please do not hesitate to reach out. Thank you for your continued assistance in this matter.

Erica J. White
Page 2
July 3, 2025


Sincerely,

Caralee A. Lambert
Assistant Bar Counsel