

**EXHIBIT 8**
**TO**
**DECLARATION OF ANGELO L. ROSA IN SUPPORT OF**
**MOTION FOR A PRELIMINARY INJUNCTION**

**From:** Caralee Lambert <clambert@isb.idaho.gov>
**Sent:** Tuesday, September 9, 2025 4:54 PM
**To:** Erica J. White <ejw@elamburke.com>
**Subject:** ISB File No. 25-104 (Angelo Rosa)

Ms. White:

Thank you for submitting Mr. Rosa's previous responses in the above-referenced matter. In order to conclude this investigation, Bar Counsel's Office requests that Mr. Rosa please respond to the following:

(1) On July 3, 2025, Bar Counsel's Office asked Mr. Rosa to address "[w]hether and when he informed the Dodds that he would not be timely disclosing their two experts and whether and when he explained to the Dodds how such untimely disclosure could affect their case with reference to IRPC 1.4."

It appears that Mr. Rosa responded to the latter part of that question by stating that ███████████
████████████████████████████████████████████████████████████████████████████



Accordingly, we again request that Mr. Rosa specifically address

and

.

We request that Mr. Rosa submit his response to the above inquiries within 14 days. Please let me know if you have any questions. We appreciate your continued assistance in this matter.

**Caralee A. Lambert | Deputy Bar Counsel**
Idaho State Bar
P.O. Box 895, Boise, ID 83701
(208) 334-4500 | fax:  (208) 334-2764 | www.isb.idaho.gov
clambert@isb.idaho.gov

CONFIDENTIAL COMMUNICATION: The information contained in this e-mail message is intended only for the personal and confidential use of the designated recipient named above. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error, and that any review, dissemination, distribution or copying of this message is strictly prohibited. If you have received this communication in error, please notify me immediately at clambert@isb.idaho.gov and delete the original message.