<u>**EXPEDITED TREATMENT REQUESTED**</u>

Angelo L. Rosa (Idaho State Bar No. 7546)
ROSA, PLLC
950 West Bannock Street, Suite 1100
Boise, Idaho 83702
Telephone No.          +1 (208) 900-6525
Facsimile No.          +1 (208) 515-2203
E-mail:          arosa@rosacommerce.com
CM/ECF:          arosa@rosacommerce.com

Attorneys for Plaintiff
ANGELO L. ROSA, in Pro Se

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| ANGELO L. ROSA,<br><br>          Plaintiff,<br><br>v.<br><br>JOSEPH N. PIRTLE, in his official capacity as Bar Counsel of the Idaho State Bar; CHIEF JUSTICE G. RICHARD BEVAN, ASSOCIATE JUSTICE ROBYN BRODY, ASSOCIATE JUSTICE GREGORY W. MOELLER, ASSOCIATE JUSTICE COLLEEN D. ZAHN, and CYNTHIA K.C. MEYER, Justices of the Idaho Supreme Court, each solely in their administrative, enforcement and rulemaking capacities relating to the regulation of the practice of law in the State of Idaho,<br><br>          Defendants. | Case No. 26-cv-484-DKG<br><br><br>**PLAINTIFF'S NOTICE OF ERRATA RE: DECLARATION OF ANGELO L. ROSA IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION** |

**PLAINTIFF'S NOTICE OF ERRATA RE: DECLARATION OF ANGELO L. ROSA IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION** – Page 1

**EXPEDITED TREATMENT REQUESTED**

PLEASE TAKE NOTE THAT Plaintiff, ANGELO L. ROSA ("Plaintiff") files this Notice of Errata as to the following:

1.     Exhibit 6 to the Declaration of Angelo L. Rosa filed in support of his Motion for Preliminary Injunction [Dkt. 3] was inadvertently not attached with the submission filed. That exhibit is therefore filed concurrently herewith.

Plaintiff apologizes to the Court for any confusion or inconvenience resulting from this inadvertent oversight.

DATED:    3 August 2026                    Respectfully Submitted,

                                           For ROSA PLLC:

                                           */s/Angelo L. Rosa*

                                           _____

                                           Angelo L. Rosa

                                           Attorneys for Plaintiff
                                           ANGELO L. ROSA



**PLAINTIFF'S NOTICE OF ERRATA RE: DECLARATION OF ANGELO L. ROSA IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION** – Page 2