Craig H. Durham, ISB 6428
FERGUSON DURHAM,
PLLC 223 N. 6th Street, Suite
325 Boise, Idaho 83702
T: (208) 724-2617
F: (208) 906-8663
chd@fergusondurham.com
Attorney for Defendants

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF IDAHO**

| | |
|---|---|
| ANGELO L. ROSA<br>Plaintiff,<br><br>v.<br><br>JOSEPH N. PIRTLE, in his official capacity as Bar Counsel of the Idaho State Bar; CHIEF JUSTICE G. RICHARD BEVAN, ASSOCIATE JUSTICE ROBYN BRODY, ASSOCIATE JUSTICE GREGORY W. MOELLER, ASSOCIATE JUSTICE COLLEEN D. ZAHN, and CYNTHIA K.C. MEYER, Justices of the Idaho Supreme Court, each solely in their administrative, enforcement and rulemaking capacities relating to the regulation of the practice of law in the State of Idaho,<br><br>Defendants. | Case No. 1:26-cv-484-DKG<br><br>**ENTRY OF APPEARANCE** |

Craig H. Durham, of Ferguson Durham, PLLC, enters his appearance as counsel for Defendants Chief Justice Richard G. Bevan, Associate Justice Robyn Brody, Associate Justice Gregory W. Moeller, Associate Justice Colleen D. Zahn, and Associate Justice Cynthia K.C. Meyer.

Please serve all future pleadings and papers on Mr. Durham at the contact information provided above.

Respectfully submitted on the 5th day of August, 2026.

/s/Craig H. Durham
Counsel for Defendants Bevan,
Brody, Moeller, Zahn, and Meyer