Angelo L. Rosa (Idaho State Bar No. 7546)
ROSA, PLLC
950 West Bannock Street, Suite 1100
Boise, Idaho 83702
Telephone No. +1 (208) 900-6525
Facsimile No. +1 (208) 515-2203
E-mail: arosa@rosacommerce.com
CM/ECF: arosa@rosacommerce.com

Attorneys for Plaintiff
ANGELO L. ROSA, in Pro Se

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| ANGELO L. ROSA,<br><br>Plaintiff,<br><br>v.<br><br>JOSEPH N. PIRTLE, in his official capacity as Bar Counsel of the Idaho State Bar; CHIEF JUSTICE G. RICHARD BEVAN, ASSOCIATE JUSTICE ROBYN BRODY, ASSOCIATE JUSTICE GREGORY W. MOELLER, ASSOCIATE JUSTICE COLLEEN D. ZAHN, and CYNTHIA K.C. MEYER, Justices of the Idaho Supreme Court, each solely in their administrative, enforcement and rulemaking capacities relating to the regulation of the practice of law in the State of Idaho,<br><br>Defendants. | Case No. 26-cv-484-DKG<br><br>**NOTICE OF LODGING [DECLARATIONS OF SERVICE OF SUMMONS UPON DEFENDANTS]**<br><br>[Fed. R. Civ. P. 4(l)(1)] |

**PLEASE TAKE NOTICE** that Plaintiff, ANGELO L. ROSA ("Plaintiff") hereby lodges the following Declarations of Service evidencing service of process upon all Defendants named in this action, as follows:

Exhibit 1: Joseph N. Pirtle

Exhibit 2: Chief Justice G. Richard Bevan

Exhibit 3: Associate Justice Robyn Brody

Exhibit 4: Associate Justice Gregory W. Moeller

Exhibit 5: Associate Justice Colleen D. Zahn

Exhibit 6: Associate Justice Cynthia K.C. Meyer

DATED: 5 August 2026

Respectfully Submitted,

For ROSA PLLC:

*/s/Angelo L. Rosa*

Angelo L. Rosa

Attorneys for Plaintiff, in Pro Se
ANGELO L. ROSA

ROSA PLLC
Commercial Advising & Legal Counsel
ALR

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on 5 August 2026 I caused a true and correct copy of the attached submission to be served upon the following recipients in this case via CM/ECF in accordance with Dist. Idaho Loc. Civ. R. 5.4:

| | |
|---|---|
| Deborah A. Ferguson | daf@fergusondurham.com |
| *Counsel for Chief Justice G. Richard Bevan, Associate Justice Robyn Brody, Associate Justice Gregory W. Moeller, Associate Justice Colleen D. Zahn, and Cynthia K.C. Meyer* | |

*/s/Angelo L. Rosa*

____________________________________

Angelo L. Rosa

ROSA PLLC
Commercial Advising & Legal Counsel
ALR