ROSA PLLC
Commercial Advising & Legal Counsel

# <u>EXHIBIT 2</u>
# TO
# NOTICE OF LODGING [DECLARATIONS OF SERVICE OF SUMMONS UPON DEFENDANTS]

**UNITED STATES DISTRICT COURT**
**FOR THE**
**DISTRICT OF IDAHO**

Angelo L. Rosa

Plaintiff(s):

vs.

Joseph N. Pirtle, et al.

Defendant(s):

DECLARATION OF SERVICE

Case Number: 1:26-cv-484

For:
Rosa PLLC
950 W. Bannock St., #1100
Boise, ID 83702

Received by Tri-County Process Serving LLC on August 3, 2026 to be served on **ASSOCIATE JUSTICE G. RICHARD BEVAN**.

**I, Elaina Teninty, state that on Monday, August 3, 2026, at 12:05 PM**, I served the within named person(s) by leaving a true copy of the **Summons in a Civil Action; Complaint for Declaratory and Injunctive Relief; Civil Cover Sheet** with Melanie Gagnepain, Clerk of the Court, on behalf of Associate Justice G. Richard Bevan. Said service was effected at **Idaho Supreme Ct., 451 W. State St., Boise, ID 83702**.

Approximate description of Melanie Gagnepain
Female 40's years old, 5' 7" Tall, 160 lbs, Brown Hair, Brown eyes.

I hereby acknowledge that I am a Process Server in the county in which service was effected. I am over the age of eighteen years and not a party to the action. I declare under penalty of perjury pursuant to the law of the State of Idaho that the foregoing is true and correct.

Our Reference Number: 236096
Client Reference: Angelo L. Rosa

Monday, August 3, 2026

**Tri-County Process Serving LLC**
P.O. Box 1224
Boise, ID 83701
(208) 344-4132

ELAINA TENINTY